IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICKY M. BURAS** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **Civil No. 1:12CV232-HSO-RHW** |
| | § | |
| **REGIONS BANK** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order *sua sponte* dismissing this case which was entered on this date,

**IT IS, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 9th day of October, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE